UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Association Concerned Over Resources and Nature, Inc. | ) ) ) Case No. 1:10-121 ) Judge Campbell ) ) |
| Smelter Service Corporation | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 28, 2011.

KEITH THROCKMORTON, CLERK
s/ Angie Brewer, Deputy Clerk